UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re _ACME AMERICAN ENVIRONMENTAL CO, INC_   Case No. _17-42977_
    Debtor   Reporting Period: _July 2017_

Federal Tax I.D. # _11-3411414_

## SINGLE ASSET REAL ESTATE COMPANIES

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | | |
| Balance Sheet | MOR-3 (RE) | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | | |
| Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | | |
| Payments to Insiders and Professional | MOR-6 (RE) | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Cash Flow Projection | MOR-7 (RE) | | |
| Debtor Questionnaire | MOR-8 (RE) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _[signature]_   Date _8/18/17_

Signature of Authorized Individual*   Date _____

Printed Name of Authorized Individual   Date _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In Re ACME AMERICAN ENVIRONMENTAL CO, INC  Case No. 17-42977
Debtor  Reporting Period July 2017

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| Account number | Operating |
|---|---|
| **CASH BEGINNING OF MONTH** | -$7,836.00 |
| **RECEIPTS** | |
| CASH SALES | |
| ACCOUNTS RECEIVABLE - PREPETITION | $49,160.56 |
| ACCOUNTS RECEIVABLE - POSTPETITION | |
| LOANS AND ADVANCES | |
| SALE OF ASSETS | |
| OTHER (*LIST BELOW*) | $1,564.10 |
| TRANSFERS (*FROM DIP ACCTS*) | |
| **TOTAL RECEIPTS** | $50,724.66 |
| **DISBURSEMENTS** | |
| NET PAYROLL | $25,880.57 |
| PAYROLL TAXES | $5,799.46 |
| SALES, USE, & OTHER TAXES | $3,329.62 |
| INVENTORY PURCHASES | $2,039.57 |
| SECURED/RENTAL/LEASES | |
| INSURANCE | |
| ADMINISTRATIVE | $6,630.70 |
| SELLING | |
| OTHER (LIST BELOW) | $1,564.10 |
| OWNER DRAW * | |
| TRANSFERS (*TO DIP ACCTS*) | |
| PROFESSIONAL FEES | |
| U.S. TRUSTEE QUARTERLY FEES | |
| COURT COSTS | |
| **TOTAL DISBURSEMENTS** | $45,244.02 |
| | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $5,480.64 |
| | |
| CASH - END OF MONTH | -$2,355.36 |

DISBURSEMENTS JOURNAL - EXHIBIT 1
BANK STATEMENT - EXHIBIT 2

1

In Re ACME AMERICAN ENVIRONMENTAL CO, INC        Case No. 17-42977
       Debtor                                    Reporting Period July 2017

| TOTAL DISBURSEMENTS | $45,244.02 |
|---|---|
| LESS: TRANSFER TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (I.E. FROM ESCROW ACCOUNTS) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $45,244.02 |

| OTHER RECEIPTS | | |
|---|---|---|
| INTERCOMPANY REPAIRS | | $1,564.10 |
| | TOTAL | $1,564.10 |

| OTHER DISBURSEMENTS | | |
|---|---|---|
| INTERCOMPANY REPAIRS | | $1,564.10 |
| | TOTAL | $1,564.10 |

## BANK RECONCILIATIONS

| | OPERATING ACCOUNT | |
|---|---|---|
| BALANCE PER BOOKS | -$2,355.36 | |
| BANK BALANCE | $6,475.16 | |
| (+) DEPOSITS IN TRANSIT (LIST ATTACHED) | | LIST ATTACHED EXHIBIT 3 |
| (-) OUTSTANDING CHECKS (LIST ATTACHED) | $8,864.55 | LIST ATTACHED EXHIBIT 3 |
| OTHER (ATTACH EXPLANATION) | | |
| | | |
| ADJUSTED BANK BALANCE | -$2,389.39 | |

## STATEMENT OF OPERATIONS (INCOME STATEMENT)

PLEASE SEE ATTACHED - EXHIBIT 4

## BALANCE SHEET

PLEASE SEE ATTACHED - EXHIBIT 5

2

In Re ACME AMERICAN ENVIRONMENTAL CO, INC  Case No. 17-42977
Debtor  Reporting Period July 2017

**BALANCE SHEET - continuation section**

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING |
|---|---|
| OTHER POST-PETITION LIABILITIES | |
| INSURANCE | $16,383.57 |

## STATUS OF POST-PETITION TAXES

| FEDERAL | BEGINNING TAX | AMOUNT WITHHELD AND/OR ACCRUED | AMOUNT PAID | DATE PAID | ENDING TAX |
|---|---|---|---|---|---|
| WITHHOLDING | $0.00 | $1,705.00 | $1,197.34 | 7/26/17 | $507.66 |
| FICA-EMPLOYEE | $0.00 | $2,451.11 | $1,857.51 | 7/26/17 | $593.60 |
| FICA-EMPLOYER | $0.00 | $2,451.11 | $1,857.51 | 7/26/17 | $593.60 |
| UNEMPLOYMENT | | | | | |
| INCOME | | | | | |
| OTHER | | | | | |
| TOTAL FEDERAL TAXES | | $6,607.22 | $4,912.36 | | $1,694.86 |
| **STATE AND LOCAL** | | | | | |
| WITHHOLDING | | | | | |
| SALES | $3,777.30 | $1,451.63 | 3777.3 | 7/20/17 | $1,451.63 |
| EXCISE | | | | | |
| UNEMPLOYMENT | | | | | |
| REAL PROPERTY | | | | | |
| PERSONAL PROPERTY | | | | | |
| OTHER: | $472.85 | $192.84 | $472.85 | 7/20/17 | $192.84 |
| TOTAL STATE AND LOCAL | $4,250.15 | $1,644.47 | $4,250.15 | | $1,644.47 |
| | | | | | |
| **TOTAL TAXES** | $4,250.15 | $8,251.69 | $9,162.51 | | $3,339.33 |

3

In Re ACME AMERICAN ENVIRONMENTAL CO, INC      Case No. 17-42977
Debtor                                          Reporting Period July 2017

## SUMMARY OF UNPAID POST-PETITION DEBTS

|  | CURRENT | 31-60 | 61-90 | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| ACCOUNTS PAYABLE |  |  |  |  |  |
| WAGES PAYABLE |  |  |  |  |  |
| TAXES PAYABLE | $3,339.33 |  |  |  | $3,339.33 |
| RENT/LEASES-BUILDING | $5,500.00 | $5,500.00 |  |  | $11,000.00 |
| RENT/LEASES-EQUIPMENT |  |  |  |  | $0.00 |
| SECURED DEBT/ADEQUATE PROTECTION PAYMENTS |  |  |  |  | $0.00 |
| PROFESSIONAL FEES |  |  |  |  | $0.00 |
| AMOUNTS DUE TO INSIDERS |  |  |  |  | $0.00 |
| OTHER: INSURANCE | $16,383.57 |  |  |  | $16,383.57 |
| OTHER: |  |  |  |  |  |
| TOTAL POST-PETITIONS DEBTS | $25,222.90 | $5,500.00 | $0.00 | $0.00 | $30,722.90 |

ACCOUNTS PAYABLE AGING ATTACHED EXHIBIT 6

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| ACCOUNTS RECEIVABLE RECONCILIATION |  |
|---|---|
| Total Accounts Receivable at beginning of the reporting period | $366,031.27 |
| Plus: Amounts Billed during the period | $24,977.00 |
| Less: Amounts Collected during the period | $49,160.56 |
| Total Accounts Receivable at the end of the reporting period | $341,847.71 |

| ACCOUNTS RECEIVABLE AGING | 0-30 | 31-60 | 61-90 | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| 0-30 DAYS OLD | $27,070.82 |  |  |  |  |
| 31-60 DAYS OLD |  | $43,106.24 |  |  |  |
| 61-90 DAYS OLD |  |  | $21,879.37 |  |  |
| 91+ DAYS OLD |  |  |  | $251,971.28 |  |
| TOTAL ACCOUNTS RECEIVABLE | $27,070.82 | $43,106.24 | $21,879.37 | $251,971.28 | $344,027.71 |

## PAYMENTS TO INSIDERS AND PROFESSIONALS

### INSIDERS

| NAME | TYPE OF PAYMENT | AMOUNT PAID THIS PERIOD | TOTAL PAID TO DATE |
|---|---|---|---|
| DAVID ESTES | SALARY | $1,600.00 | $2,800.00 |
| DAVID ESTES | EXPENSE REIMBURSE | $400.93 | $736.73 |
| BIRINDER MADAN | EXPENSE REIMBURSE |  | $685.17 |

4

In Re ACME AMERICAN ENVIRONMENTAL CO, INC        Case No. 17-42977
Debtor                                            Reporting Period July 2017

## DEBTOR QUESTIONNAIRE

| | MUST BE COMPLETED | YES | NO |
|---|---|---|---|
| 1 | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD | | X |
| 2 | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT THIS REPORTING PERIOD? | | X |
| 3 | IS THE DEBTOR DELINQUENT IN THE TIMELY FILING OF ANY POST-PETITION TAX RETURNS? | | X |
| 4 | ARE WORKERS COMPENSATION, GENERAL LIABILITY OR OTHER NECESSARY INSURANCE COVERAGES EXPIRED OR CANCELLED, OR HAS THE DEBTOR RECEIVED NOTICE OF EXPIRATION OR CANCELLATION OF SUCH POLICIES? | | X |
| 5 | IS THE DEBTOR DELINQUENT IN PAYING ANY INSURANCE PREMIUM PAYMENT? | | X |
| 6 | HAVE ANY PAYMENTS BEEN MADE ON PRE-PETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 7 | ARE ANY POST PETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 8 | ARE ANY POST PETITION PAYROLL TAXES PAST DUE? | | X |
| 9 | ARE ANY POST PETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 10 | ARE ANY POST PETITION REAL ESTATE TAXES PAST DUE? | | X |
| 11 | ARE ANY OTHER POST PETITION TAXES PAST DUE? | | X |
| 12 | HAVE ANY PRE-PETITION TAXES BEEN PAID DURING THIS REPORTING PERIOD | | X |
| 13 | ARE ANY AMOUNTS OWED TO POST PETITION CREDITORS DELINQUENT? | | X |
| 14 | ARE ANY WAGE PAYMENTS PAST DUE | | X |
| 15 | HAVE ANY POST PETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 16 | IS THE DEBTOR DELINQUENT IN PAYING ANY US TRUSTEE FEES? | | X |
| 17 | IS THE DEBTOR DELINQUENT WITH ANY COURT ORDERED PAYMENTS TO ATTORNEYS OR OTHER PROFESSIONALS? | | X |
| 18 | HAVE THE OWNERS OR SHAREHOLDERS RECEIVED ANY COMPENSATION OUTSIDE OF THE NORMAL COURSE OF BUSINESS? | | X |
| | **EXPLANATIONS:** | | |

EXHIBIT LISTS
    1 Cash disbursements
    2 Bank statement
    3 BANK REC
    4 INCOME STATEMENT
    5 BALANCE SHEET
    6 ACCOUNTS PAYABLE

Acme American Environmental Co, Inc
Signature DIP Account
Cash Disbursement Journal — July 2017

| Note | Name | Date | Check Number | Amount | Accounts Payable | Vehicle Expense | Office Expense | Payroll | Refund | COD | T/E | Factory Expense | Freight | Postage | Telephone | Light Heat Power | Advertising/Donations | General Acct | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HARVEY WITT | 7/3/2017 | 1056 | $61.25 | | $61.25 | | | | | | | | | | | | | |
| | WILLIAM CEDANO | 7/5/2017 | 1057 | $410.00 | | $410.00 | | | | | | | | | | | | | |
| | ACME REPAIRS | 7/5/2017 | 1058 | $259.16 | | | | | | | | | | | | | | 401K | $259.16 |
| | DEIVY PIMENEL | 7/5/2017 | 1059 | $95.00 | | $95.00 | | | | | | | | | | | | | |
| | WILLIAM JEREZ | 7/5/2017 | 1060 | $531.29 | | $531.29 | | | | | | | | | | | | | |
| | DAVID ESTES | 7/7/2017 | 1061 | $368.38 | | | | $368.38 | | | | | | | | | | | |
| | DEIVY PIMENEL | 7/7/2017 | 1062 | $565.74 | | | | $565.74 | | | | | | | | | | | |
| | ELIEZER SANCHEZ | 7/7/2017 | 1063 | $372.70 | | | | $372.70 | | | | | | | | | | | |
| | GUILLERMO GRANADO | 7/7/2017 | 1064 | $703.21 | | | | $703.21 | | | | | | | | | | | |
| | HARVEY WITT | 7/7/2017 | 1065 | $490.42 | | | | $490.42 | | | | | | | | | | | |
| | HENRY SORIANO | 7/7/2017 | 1066 | $539.42 | | | | $539.42 | | | | | | | | | | | |
| | JUSTINO VALERIO | 7/7/2017 | 1067 | $520.70 | | | | $520.70 | | | | | | | | | | | |
| | MANUEL COLLADO | 7/7/2017 | 1068 | $585.11 | | | | $585.11 | | | | | | | | | | | |
| | MANUEL DOMINGUEZ | 7/7/2017 | 1069 | $517.11 | | | | $517.11 | | | | | | | | | | | |
| | WILKEN CEDANO | 7/7/2017 | 1070 | $572.41 | | | | $572.41 | | | | | | | | | | | |
| | WILLIAM JEREZ | 7/7/2017 | 1071 | $597.65 | | | | $597.65 | | | | | | | | | | | |
| | YVES DROUILLARD | 7/7/2017 | 1072 | $544.02 | | | | $544.02 | | | | | | | | | | | |
| | GUILLERMO GRANADO | 7/7/2017 | 1073 | $80.00 | | $80.00 | | | | | | | | | | | | | |
| | DAVID ESTES | 7/7/2017 | 1074 | $100.00 | | | | | | | | | | $100.00 | | | | | |
| | AUTOPARTS INT. | 7/10/2017 | 1075 | $120.70 | | $120.70 | | | | | | | | | | | | | |
| | DEIVY PIMENEL | 7/11/2017 | 1076 | $70.86 | | $70.86 | | | | | | | | | | | | | |
| | JUSTINO VALERIO | 7/11/2017 | 1077 | $60.00 | | $60.00 | | | | | | | | | | | | | |
| | WILKEN CEDANO | 7/11/2017 | 1078 | $40.00 | | $40.00 | | | | | | | | | | | | | |
| | HARVEY WITT | 7/11/2017 | 1079 | $80.00 | | $80.00 | | | | | | | | | | | | | |
| | TOM GOUGH | 7/11/2017 | 1080 | $800.00 | | | | | | | | | | | | | | ACCT | $800.00 |
| | EFTPS | 7/11/2017 | | $1,646.88 | | | | | | | | | | | | | | 941 P/R TAX | $1,646.88 |
| | NYS | 7/11/2017 | | $286.65 | | | | | | | | | | | | | | NYS P/R TAX | $286.65 |
| | WILLIAM JEREZ | 7/12/2017 | 1081 | $47.00 | | $47.00 | | | | | | | | | | | | | |
| | DEIVY PIMENEL | 7/12/2017 | 1082 | $90.00 | | $90.00 | | | | | | | | | | | | | |
| | DAVID ESTES | 7/12/2017 | 1083 | $100.00 | | | | | | | | | | $100.00 | | | | | |
| | DAVID ESTES | 7/17/2017 | 1084 | $368.38 | | | | $368.38 | | | | | | | | | | | |
| | DEIVY PIMENEL | 7/17/2017 | 1085 | $565.74 | | | | $565.74 | | | | | | | | | | | |
| | ELIEZER SANCHEZ | 7/17/2017 | 1086 | $373.46 | | | | $373.46 | | | | | | | | | | | |
| | GUILLERMO GRANADO | 7/17/2017 | 1087 | $703.21 | | | | $703.21 | | | | | | | | | | | |
| | HARVEY WITT | 7/17/2017 | 1088 | $490.42 | | | | $490.42 | | | | | | | | | | | |
| | HENRY SORIANO | 7/17/2017 | 1089 | $539.42 | | | | $539.42 | | | | | | | | | | | |
| | JUSTINO VALERIO | 7/17/2017 | 1090 | $520.70 | | | | $520.70 | | | | | | | | | | | |
| | MANUEL COLLADO | 7/17/2017 | 1091 | $585.11 | | | | $585.11 | | | | | | | | | | | |
| | MANUEL DOMINGUEZ | 7/17/2017 | 1092 | $519.49 | | | | $519.49 | | | | | | | | | | | |
| | WILKEN CEDANO | 7/17/2017 | 1093 | $573.62 | | | | $573.62 | | | | | | | | | | | |
| | WILLIAM JEREZ | 7/17/2017 | 1094 | $597.65 | | | | $597.65 | | | | | | | | | | | |
| | YVES DROUILLARD | 7/17/2017 | 1095 | $642.22 | | | | $642.22 | | | | | | | | | | | |
| | GUILLERMO GRANADO | 7/19/2017 | 1096 | $125.00 | | $125.00 | | | | | | | | | | | | | |
| | DEIVY PIMENEL | 7/18/2017 | 1097 | $36.00 | | $36.00 | | | | | | | | | | | | | |
| | HARVEY WITT | 7/18/2017 | 1098 | $90.00 | | $90.00 | | | | | | | | | | | | | |
| | RONBAR INDUS. | 7/18/2017 | 1099 | $1,576.05 | | | | | | $1,576.05 | | | | | | | | | |
| | WILKEN CEDANO | 7/18/2017 | 1100 | $102.00 | | $102.00 | | | | | | | | | | | | | |
| | JUSTINO VALERIO | 7/19/2017 | 1101 | $58.00 | | $58.00 | | | | | | | | | | | | | |
| | DAVID ESTES | 7/19/2017 | 1102 | $200.93 | | $200.93 | | | | | | | | | | | | | |
| | WILLIAM JEREZ | 7/19/2017 | 1103 | $153.53 | | $153.53 | | | | | | | | | | | | | |
| | E-Z PASS | 7/17/2017 | | $1,030.00 | | $1,030.00 | | | | | | | | | | | | | |
| MASKS | AMAZON | 7/17/2017 | | $201.80 | | | | | | $201.80 | | | | | | | | | |
| | NYC DEPT FINANCE | 7/12/2017 | | $50.00 | | $50.00 | | | | | | | | | | | | | |
| | EFTPS | 7/20/2017 | | $1,563.96 | | | | | | | | | | | | | | 941 P/R TAX | $1,563.96 |

Acme American Environmental Co., Inc
Signature DIP Account
Cash Disbursement Journal    July 2017

| Note | Name | Date | Check Number | Amount | Accounts Payable | Vehicle Expense | Office Expense | Payroll | Refund | COD | T/E | Factory Expense | Freight | Postage | Telephone | Light Heat Power | Advertising/Donations | General Acct | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NYS W/H | 7/20/2017 | | $296.95 | | | | | | | | | | | | | | NYS P/R TAX | $296.95 |
| | NYS SALES TAX | 7/20/2017 | | $2,856.77 | | | | | | | | | | | | | | NYS SALES TAX | $2,856.77 |
| | NJ SALES TAX | 7/20/2017 | | $472.85 | | | | | | | | | | | | | | NJ SALES TAX | $472.85 |
| | JUSTINO VALERIO | 7/21/2017 | 1104 | $44.00 | | $44.00 | | | | | | | | | | | | | |
| | DAVID ESTES | 7/21/2017 | 1105 | $368.38 | | | | $368.38 | | | | | | | | | | | |
| | DEIVY PIMENEL | 7/21/2017 | 1106 | $565.74 | | | | $565.74 | | | | | | | | | | | |
| | ELIEZER SANCHEZ | 7/21/2017 | 1107 | $373.90 | | | | $373.90 | | | | | | | | | | | |
| | GUILLERMO GRANADO | 7/21/2017 | 1108 | $703.21 | | | | $703.21 | | | | | | | | | | | |
| | HARVEY WITT | 7/21/2017 | 1109 | $490.42 | | | | $490.42 | | | | | | | | | | | |
| | HENRY SORIANO | 7/21/2017 | 1110 | $539.42 | | | | $539.42 | | | | | | | | | | | |
| | JUSTINO VALERIO | 7/21/2017 | 1111 | $520.70 | | | | $520.70 | | | | | | | | | | | |
| | MANUEL COLLADO | 7/21/2017 | 1112 | $585.11 | | | | $585.11 | | | | | | | | | | | |
| | MANUEL DOMINGUEZ | 7/21/2017 | 1113 | $519.53 | | | | $519.53 | | | | | | | | | | | |
| | WILKEN CEDANO | 7/21/2017 | 1114 | $573.61 | | | | $573.61 | | | | | | | | | | | |
| | WILLIAM JEREZ | 7/21/2017 | 1115 | $598.85 | | | | $598.85 | | | | | | | | | | | |
| | YVES DROUILLARD | 7/21/2017 | 1116 | $693.94 | | | | $693.94 | | | | | | | | | | | |
| | GUILLERMO GRANADO | 7/21/2017 | 1117 | $130.00 | | $130.00 | | | | | | | | | | | | | |
| | WILLIAM JEREZ | 7/25/2017 | 1118 | $69.00 | | $69.00 | | | | | | | | | | | | | |
| | DEIVY PIMENEL | 7/25/2017 | 1119 | $141.50 | | $141.50 | | | | | | | | | | | | | |
| | YVES DROUILLARD | 7/26/2017 | 1120 | $100.00 | | | | | | $100.00 | | | | | | | | | |
| | WILLIAM JEREZ | 7/26/2017 | 1121 | $169.00 | | $169.00 | | | | | | | | | | | | | |
| | YVES DROUILLARD | 7/26/2017 | 1122 | $161.72 | | | | | | $161.72 | | | | | | | | | |
| | ACME REPAIRS | 7/26/2017 | 1123 | $1,564.10 | | | | | | | | | | | | | | L/EX REPAIRS | $1,564.10 |
| | NYS W/H | 7/26/2017 | | $303.50 | | | | | | | | | | | | | | NYS W/H | $303.50 |
| | EFPTS | 7/26/2017 | | $1,701.52 | | | | | | | | | | | | | | 941 W/H | $1,701.52 |
| | WILKEN CEDANO | 7/27/2017 | 1124 | $95.91 | | $95.91 | | | | | | | | | | | | | |
| | AUTOPARTS INT. | 7/28/2017 | 1125 | $321.98 | | $321.98 | | | | | | | | | | | | | |
| | DAVID ESTES | 7/28/2017 | 1126 | $368.38 | | | | $368.38 | | | | | | | | | | | |
| | DEIVY PIMENEL | 7/28/2017 | 1127 | $565.74 | | | | $565.74 | | | | | | | | | | | |
| | ELIEZER SANCHEZ | 7/28/2017 | 1128 | $161.04 | | | | $161.04 | | | | | | | | | | | |
| | GUILLERMO GRANADO | 7/28/2017 | 1129 | $703.21 | | | | $703.21 | | | | | | | | | | | |
| | HARVEY WITT | 7/28/2017 | 1130 | $490.42 | | | | $490.42 | | | | | | | | | | | |
| | HENRY SORIANO | 7/28/2017 | 1131 | $539.42 | | | | $539.42 | | | | | | | | | | | |
| | JUSTINO VALERIO | 7/28/2017 | 1132 | $520.70 | | | | $520.70 | | | | | | | | | | | |
| | MANUEL COLLADO | 7/28/2017 | 1133 | $585.11 | | | | $585.11 | | | | | | | | | | | |
| | MANUEL DOMINGUEZ | 7/28/2017 | 1134 | $519.89 | | | | $519.89 | | | | | | | | | | | |
| | WILKEN CEDANO | 7/28/2017 | 1135 | $573.62 | | | | $573.62 | | | | | | | | | | | |
| | WILLIAM JEREZ | 7/28/2017 | 1136 | $598.85 | | | | $598.85 | | | | | | | | | | | |
| | YVES DROUILLARD | 7/28/2017 | 1137 | $605.93 | | | | $605.93 | | | | | | | | | | | |
| | GUILLERMO GRANADO | 7/28/2017 | 1138 | $163.00 | | $163.00 | | | | | | | | | | | | | |
| | DEIVY PIMENEL | 7/28/2017 | 1139 | $89.75 | | $89.75 | | | | | | | | | | | | | |
| | MANUEL COLLADO | 7/31/2017 | 1140 | $345.00 | | $345.00 | | | | | | | | | | | | | |
| | GUILLERMO GRANADO | 7/31/2017 | 1141 | $530.00 | | $530.00 | | | | | | | | | | | | | |
| | | | TOTAL | $45,244.02 | $0.00 | $5,630.70 | $0.00 | $25,621.41 | $0.00 | $2,039.57 | $0.00 | $0.00 | $0.00 | $200.00 | $0.00 | $0.00 | $0.00 | | $11,752.34 |

General Column Analysis
| | |
|---|---|
| 401K | $259.16 |
| 941 PR Tax | $4,912.36 |
| Accountant | $800.00 |
| L/E Repairs | $1,564.10 |
| NJ Sales Tax | $472.85 |
| NYS Sales Tax | $2,856.77 |
| NYS PR Tax | $887.10 |

# SIGNATURE BANK

565 Fifth Avenue
New York, New York 10017

00003425  MSIGEXPS080  01  000000000 9 185
ACME AMERICAN ENVIRONMENTAL CO. INC.
DEBTOR IN POSSESSION CASE#1742977
177-10 93RD AVE
JAMAICA NY  11433            999

**Statement Period**
From July    01, 2017
To   July    31, 2017
Page 1 of 26

PRIVATE CLIENT GROUP 185
78-27 37TH AVENUE 2ND FL
JACKSON HEIGHTS, NY 11372

See Back for Important Information

**Primary Account:**    82

EFFECTIVE AUGUST 1, 2017, WE HAVE REVISED SIGNATURE BANK'S PERSONAL AND
BUSINESS BANK ACCOUNT AGREEMENTS AND DISCLOSURE BOOKLETS. PRINTED, UPDATED
BOOKLETS WILL BE AVAILABLE AT OUR FINANCIAL CENTERS OR AS A PDF FILE ON THE
"AGREEMENTS AND DISCLOSURES" PAGE UNDER 'ABOUT US' AT WWW.SIGNATURENY.COM.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| BANKRUPTCY CHECKING | | 1,755.91 | 6,474.66 |
| RELATIONSHIP | TOTAL | | 6,474.66 |



# Follow these steps to balance your check register.

## 1
Update your checkbook register.

Please check to make sure you have entered all the transactions shown on the front of the statement.

## 2
In your check register, mark off all deposits and other credits listed on this statement. Below, list any deposits and other credits not marked off.

| Date of deposit or credit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Total A | |

## 3
In your check register, mark off all checks and other debits listed on this statement. Below, list any checks and other debits not marked off.

| Check Number or Date of Debit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total B | |

## 4
To find your adjusted statement balance, complete the arithmetic in the space provided below. The Statement Balance is the balance as of the date of this statement.

| | |
|---|---|
| Statement Balance | |
| Add Total A | |
| Subtotal | |
| Subtract Total B | |
| Adjusted Statement Balance | |

Your Adjusted Statement Balance and your checkbook should be equal. If these balances differ:
- review the figures you used in the balancing procedure; review last month's statement and the figures you used to balance it.
- check your addition and subtraction in your checkbook and in the balancing procedure.

### In Case of Errors or Questions About Your Statement

If you think your statement is wrong, or if you need more information about a transaction on the statement, write to us as soon as possible at: Signature Bank, 565 Fifth Avenue, NY NY 10017.

We must hear from you within fourteen calendar days from the delivery of any Account statement. You can telephone us, but doing so will not preserve your rights. In your letter, please provide the following information: your name and account number, the dollar amount of the suspected error, and tell us why you believe there is an error.

### Information for Signature Securities Group Corporation (SSG)

Any data provided on this statement relating to SSG accounts is for informational purposes only. The only official statement for SSG accounts is the periodic statement issued by National Financial Services, LLC., on behalf of SSG.

### Information for Monogram Money Market Funds Program

Statements for Monogram Money Market Funds Program accounts reflect the mutual fund shares we are holding for you, the shares purchased and sold at your request and dividends reinvested during the statement period. The transaction date shown on the statement for a purchase of Fund shares is the date the Bank receives funds from you for the purchase, which purchase typically occurs the following business day. The date shown for a redemption of Fund shares is the date we advance the funds to you for the redemption, which redemption typically occurs the following business day. Yield fluctuates and is not guaranteed. There is no assurance that the funds will maintain a steady $1.00 share price in the future. Past performance is no guarantee of future results.

### In Case of Errors or Questions About an Electronic Transfer Involving a Personal Account

This applies only to Personal Bank Deposit Accounts and Monogram Money Market Funds Program Accounts for consumers.
Telephone us at the toll-free Signature Line (1-866-sigline) or write us at: Signature Bank, 565 Fifth Avenue, NY NY 10017 as soon as you can if you think a statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem occurred.
1) Tell us your name and account number.
2) Describe the error or transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error involving an electronic funds transfer promptly. If we take more than 10 business days to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### Information for Home Equity, Personal and Reserve Line of Credit Accounts

We calculate the finance charge on Signature Home Equity Line of Credit Accounts, Personal Line of Credit Accounts and Reserve Line of Credit Accounts as follows: we apply each day's periodic rate to that day's daily balance to get that day's finance charge. We do this for each day of the billing cycle. We then add together the finance charge we calculated for each day of the billing cycle to get the finance charge for the entire billing cycle. To determine the daily balance for each day of the billing cycle, we take the principal balance at the beginning of that day, add any new advances made that day, and subtract any principal payments made that day.

### Direct Deposit Inquiries

You may call the toll-free Signature Line (1-866-sigline) to ascertain whether your Direct Deposit has been received. Your account is subject to the account agreement pertaining to this account. If there are any errors, please notify your Financial Center immediately.

rev. October 2010

# SIGNATURE BANK

**Statement Period**
From July   01, 2017
To   July   31, 2017
Page 2 of 26

ACME AMERICAN ENVIRONMENTAL CO. INC.
DEBTOR IN POSSESSION CASE#1742977
177-10 93RD AVE
JAMAICA NY  11433         999

PRIVATE CLIENT GROUP 185
78-27 37TH AVENUE 2ND FL
JACKSON HEIGHTS, NY 11372

Primary Account:                    82

BANKRUPTCY CHECKING

### Summary

| | | |
|---|---|---:|
| Previous Balance as of July | 01, 2017 | 1,755.91 |
| 12 Credits | | 50,724.66 |
| 96 Debits | | 46,005.91 |
| Ending Balance as of   July | 31, 2017 | 6,474.66 |

### Deposits and Other Credits

| Date | Description | Ref | Amount |
|---|---|---|---:|
| Jul 03 | DEPOSIT | ref# | 1,275.30 |
| Jul 05 | DEPOSIT | ref# | 8,339.16 |
| Jul 10 | DEPOSIT | ref# | 5,122.60 |
| Jul 11 | DEPOSIT | ref# | 1,083.78 |
| Jul 12 | REMOTE CAPTURE | ref# | 2,183.35 |
| Jul 14 | REMOTE CAPTURE | ref# | 2,498.68 |
| Jul 18 | REMOTE CAPTURE | ref# | 14,129.92 |
| Jul 21 | DEPOSIT | ref# | 2,545.65 |
| Jul 27 | ONLINE TRANSFER CR ONLINE XFR FROM: 1502996009 | | 6,681.56 |
| Jul 28 | DEPOSIT | ref# | 1,564.10 |
| Jul 28 | DEPOSIT | ref# | 2,055.56 |
| Jul 28 | DEPOSIT | ref# | 3,245.00 |

### Withdrawals and Other Debits

| Date | Description | | | Amount |
|---|---|---|---|---:|
| Jul 05 | AUTOMATED PAYMENT NYS DTF PROMP WT | ck/ref no. TAX PAYMNT | 5311462 000000021119030 | 298.90 |
| Jul 05 | AUTOMATED PAYMENT IRS | ck/ref no. USATAXPYMT | 5250286 270758640107277 | 1,691.94 |
| Jul 12 | AUTOMATED PAYMENT NYC FINANCE | ck/ref no. PARKINGTKT | 5677084 201719100107381 | 50.00 |
| Jul 12 | AUTOMATED PAYMENT NYS DTF PROMP WT | ck/ref no. TAX PAYMNT | 5698116 000000021337895 | 286.65 |
| Jul 12 | AUTOMATED PAYMENT IRS | ck/ref no. USATAXPYMT | 5694437 270759331892195 | 1,646.88 |



# SIGNATURE BANK

**Statement Period**
From July    01, 2017
To   July    31, 2017
Page 3 of 26

ACME AMERICAN ENVIRONMENTAL CO. INC.
DEBTOR IN POSSESSION CASE#1742977
177-10 93RD AVE
JAMAICA NY  11433           999

PRIVATE CLIENT GROUP 185
78-27 37TH AVENUE 2ND FL
JACKSON HEIGHTS, NY 11372

Primary Account:                82

| Date | Description | | | Amount |
|---|---|---|---|---|
| Jul 14 | AUTOMATED PAYMENT | ck/ref no. | 5819567 | 341.72 |
| | NYS DTF PROMP WT | TAX PAYMNT | 000000021456211 | |
| Jul 17 | AUTOMATED PAYMENT | ck/ref no. | 5904750 | 201.80 |
| | AMAZON | INTERNET | 091000019339086 | |
| Jul 17 | AUTOMATED PAYMENT | ck/ref no. | 5917362 | 1,030.00 |
| | MTATB REBILL AC | ACH TRAN | 2P-297212640 | |
| Jul 19 | AUTOMATED PAYMENT | ck/ref no. | 6023981 | 296.95 |
| | NYS DTF PROMP WT | TAX PAYMNT | 000000021550912 | |
| Jul 19 | AUTOMATED PAYMENT | ck/ref no. | 6017713 | 1,563.96 |
| | IRS | USATAXPYMT | 270760000231951 | |
| Jul 20 | AUTOMATED PAYMENT | ck/ref no. | 6087350 | 472.85 |
| | NJ S&U WEB PMT | NJWEB55 | 091000012202432 | |
| | TXP*B113411414000*04120*170630*T*47285*****A | | | |
| Jul 20 | AUTOMATED PAYMENT | ck/ref no. | 6087792 | 2,856.77 |
| | NYS DTF SALES | TAX PAYMNT | 000000021571011 | |
| Jul 26 | AUTOMATED PAYMENT | ck/ref no. | 6290841 | 303.50 |
| | NYS DTF PROMP WT | TAX PAYMNT | 000000021678348 | |
| Jul 26 | AUTOMATED PAYMENT | ck/ref no. | 6272887 | 1,701.52 |
| | IRS | USATAXPYMT | 270760771510937 | |

**Checks by Serial Number**

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| Jul 03 | 1042 | 120.00 | Jul 12 | 1063 | 372.70 |
| Jul 06 | 1043 | 367.18 | Jul 11 | 1064 | 703.21 |
| Jul 06 | 1044 | 565.74 | Jul 12 | 1065 | 490.42 |
| Jul 06 | 1045 | 372.70 | Jul 12 | 1066 | 539.42 |
| Jul 06 | 1046 | 702.01 | Jul 12 | 1067 | 520.70 |
| Jul 06 | 1047 | 521.79 | Jul 12 | 1068 | 585.11 |
| Jul 06 | 1048 | 572.79 | Jul 12 | 1069 | 517.11 |
| Jul 06 | 1049 | 519.50 | Jul 13 | 1070 | 572.41 |
| Jul 06 | 1050 | 583.91 | Jul 12 | 1071 | 597.65 |
| Jul 06 | 1051 | 515.91 | Jul 12 | 1072 | 544.02 |
| Jul 06 | 1052 | 572.42 | Jul 11 | 1073 | 80.00 |
| Jul 07 | 1053 | 597.65 | Jul 13 | 1074 | 100.00 |
| Jul 06 | 1054 | 596.60 | Jul 13 | 1075 | 120.70 |
| Jul 06 | 1056 * | 61.25 | Jul 12 | 1076 | 70.86 |
| Jul 06 | 1057 | 410.00 | Jul 12 | 1077 | 60.00 |
| Jul 06 | 1059 * | 95.00 | Jul 13 | 1078 | 40.00 |
| Jul 07 | 1060 | 531.29 | Jul 12 | 1079 | 80.00 |
| Jul 13 | 1061 | 368.38 | Jul 21 | 1080 | 800.00 |
| Jul 12 | 1062 | 565.74 | Jul 24 | 1081 | 47.00 |

# SIGNATURE BANK

Statement Period
From July   01, 2017
To   July   31, 2017
Page 4 of 26

ACME AMERICAN ENVIRONMENTAL CO. INC.
DEBTOR IN POSSESSION CASE#1742977
177-10 93RD AVE
JAMAICA NY  11433          999

PRIVATE CLIENT GROUP 185
78-27 37TH AVENUE 2ND FL
JACKSON HEIGHTS, NY 11372

**Primary Account:**           82

| Date | Serial Nbr | Amount | Date | Serial Nbr | Amount |
|---|---|---|---|---|---|
| Jul 14 | 1082 | 90.00 | Jul 24 | 1104 | 44.00 |
| Jul 18 | 1083 | 100.00 | Jul 26 | 1105 | 368.38 |
| Jul 19 | 1084 | 368.38 | Jul 27 | 1106 | 565.74 |
| Jul 19 | 1085 | 565.74 | Jul 27 | 1107 | 373.90 |
| Jul 20 | 1086 | 373.46 | Jul 27 | 1108 | 703.21 |
| Jul 19 | 1087 | 703.21 | Jul 27 | 1110 * | 539.42 |
| Jul 19 | 1088 | 490.42 | Jul 27 | 1111 | 520.70 |
| Jul 19 | 1089 | 539.42 | Jul 27 | 1112 | 585.11 |
| Jul 20 | 1090 | 520.70 | Jul 26 | 1113 | 519.53 |
| Jul 20 | 1091 | 585.11 | Jul 27 | 1114 | 573.61 |
| Jul 19 | 1092 | 519.49 | Jul 28 | 1115 | 598.85 |
| Jul 19 | 1093 | 573.62 | Jul 27 | 1116 | 693.94 |
| Jul 20 | 1094 | 597.65 | Jul 25 | 1117 | 130.00 |
| Jul 19 | 1095 | 642.22 | Jul 26 | 1118 | 69.00 |
| Jul 19 | 1096 | 125.00 | Jul 26 | 1119 | 141.50 |
| Jul 19 | 1097 | 36.00 | Jul 28 | 1120 | 100.00 |
| Jul 19 | 1098 | 90.00 | Jul 28 | 1121 | 169.00 |
| Jul 21 | 1099 | 1,576.05 | Jul 27 | 1122 | 161.72 |
| Jul 19 | 1100 | 102.00 | Jul 28 | 1123 | 1,564.10 |
| Jul 20 | 1101 | 58.00 | Jul 31 | 1124 | 95.91 |
| Jul 21 | 1102 | 200.93 | Jul 31 | 1138 * | 163.00 |
| Jul 24 | 1103 | 153.53 | Jul 31 | 1139 | 89.75 |

\* Indicates break in check sequence

**Daily Balances**

| | | | | |
|---|---|---|---|---|
| Jun 30 | 1,755.91 | | Jul 18 | 16,016.64 |
| Jul 03 | 2,911.21 | | Jul 19 | 9,400.23 |
| Jul 05 | 9,259.53 | | Jul 20 | 3,935.69 |
| Jul 06 | 2,802.73 | | Jul 21 | 3,904.36 |
| Jul 07 | 1,673.79 | | Jul 24 | 3,659.83 |
| Jul 10 | 6,796.39 | | Jul 25 | 3,529.83 |
| Jul 11 | 7,096.96 | | Jul 26 | 426.40 |
| Jul 12 | 2,353.05 | | Jul 27 | 2,390.61 |
| Jul 13 | 1,151.56 | | Jul 28 | 6,823.32 |
| Jul 14 | 3,218.52 | | Jul 31 | 6,474.66 |
| Jul 17 | 1,986.72 | | | |



| SIGNATURE BANK | |
|---|---|

ACME AMERICAN ENVIRONMENTAL CO. INC.
DEBTOR IN POSSESSION CASE#1742977
177-10 93RD AVE
JAMAICA NY  11433          999

PRIVATE CLIENT GROUP 185
78-27 37TH AVENUE 2ND FL
JACKSON HEIGHTS, NY 11372

Primary Account:                              82

```
Rates for this statement period - Overdraft
Jul 01, 2017    14.000000 %
```

| Jul-17 | Acme American Environmental | Signature Bank DIP Acct | |
|---|---|---|---|
| Beginning Balance | | | -7870.02 |
| Receipts | | | 50724.66 |
| Disbursements | | | -45244.02 |
| Ending Balance | | | -2389.38 |
| | | | |
| Outstanding Checks: | | 1038 | 685.17 |
| | | 1058 | 259.16 |
| | | 1109 | 490.42 |
| | | 1125 | 321.98 |
| | | 1126 | 368.38 |
| | | 1127 | 565.74 |
| | | 1128 | 161.04 |
| | | 1129 | 703.71 |
| | | 1130 | 490.42 |
| | | 1131 | 539.42 |
| | | 1132 | 520.7 |
| | | 1133 | 585.11 |
| | | 1134 | 519.89 |
| | | 1135 | 573.62 |
| | | 1136 | 598.85 |
| | | 1137 | 605.93 |
| | | 1140 | 345 |
| | | 1141 | 530 |

Bank Balance                                                                 6475.16

12:27 PM
08/21/17
Cash Basis

# Acme American Environmental, Inc.
# Profit & Loss
## July 2017

|  | Jul 17 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 400 · Revenues | |
| 400-1 · Sales | 24,977.00 |
| Total 400 · Revenues | 24,977.00 |
| **Total Income** | 24,977.00 |
| **Cost of Goods Sold** | |
| 500 · Purchases | 2,039.57 |
| **Total COGS** | 2,039.57 |
| **Gross Profit** | 22,937.43 |
| **Expense** | |
| 520 · Payroll | 32,040.66 |
| 570 · Factory Expenses | |
| 570-3 · Vehicle Expense | 5,630.70 |
| 570-4 · Rent | 5,500.00 |
| 570-6 · Insurance | 16,383.37 |
| Total 570 · Factory Expenses | 27,514.07 |
| 700 · General & Administrative Expens | |
| 700-4 · Office Expense | 200.00 |
| 700-6 · Legal & Accounting | 800.00 |
| Total 700 · General & Administrative Expens | 1,000.00 |
| 800 · Payroll Tax Expense | |
| 800-1 · Payroll Taxes - FICA | 2,541.11 |
| Total 800 · Payroll Tax Expense | 2,541.11 |
| **Total Expense** | 63,095.84 |
| **Net Ordinary Income** | -40,158.41 |
| **Net Income** | -40,158.41 |

| | |
|---|---|
| 12:29 PM | **Acme American Environmental, Inc.** |
| 08/21/17 | **Balance Sheet** |
| Cash Basis | **As of August 21, 2017** |

|  | Aug 21, 17 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       105 · Signature Bank Debt in Pos | -2,389.38 |
|     **Total Checking/Savings** | -2,389.38 |
|     **Other Current Assets** | |
|       110 · Accounts Receivable | 343,474.18 |
|       111 · Loans & Exchanges | |
|         111-2 · Loans & Exchanges - Acme Repair | -5,700.00 |
|       **Total 111 · Loans & Exchanges** | -5,700.00 |
|     **Total Other Current Assets** | 337,774.18 |
|   **Total Current Assets** | 335,384.80 |
| **TOTAL ASSETS** | **335,384.80** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Other Current Liabilities** | |
|         200-01 · Insurance Payable | 20,599.74 |
|         202 · Rent Payable | 104,500.00 |
|         200 · Accounts Payable | 7,291.04 |
|         210 · Payroll Taxes Payable | |
|           210-1 · Payroll Taxes - Federal | 18,442.00 |
|           210-3 · Payroll Taxes - State & City | 5,571.64 |
|           210-5 · Payroll Taxes - Dbl. | 53.24 |
|           210-8 · Payroll - 401K | 122.87 |
|           210-9 · Payroll - Garnishees | 1,298.40 |
|         **Total 210 · Payroll Taxes Payable** | 25,488.15 |
|         211 · Sales Taxes Payable | |
|           211-1 · Sales Tax - NY | 17,723.42 |
|           211-2 · Sales Tax - NJ | 192.84 |
|           211-3 · Sales Tax - CT | 50.48 |
|         **Total 211 · Sales Taxes Payable** | 17,966.74 |
|       **Total Other Current Liabilities** | 175,845.67 |
|     **Total Current Liabilities** | 175,845.67 |
|     **Long Term Liabilities** | |
|       250 · Loans from Shareholders | 34,717.00 |
|     **Total Long Term Liabilities** | 34,717.00 |
|   **Total Liabilities** | 210,562.67 |
|   **Equity** | 124,822.13 |
| **TOTAL LIABILITIES & EQUITY** | **335,384.80** |

Accounts Payable Aged Invoice Report
Sorted by Vendor Number
Open Invoices - Aged by Invoice Date - As of July 2017

ACME AMERICAN ENVIRONMENTAL CO, INC

| Vendor Name | Address | Amount Due |
|---|---|---|
| Industrial USA | 136 WALLABOUT ST. SUITE 6A, Brooklyn, NY 11211 | $1,306.00 |
| Ronbar | 52-02 VAN DAM STREET, Long Island City, NY 11101 | $3,442.00 |
| ZEP Sales & Service | PO BOX 3338, Boston, MA 02241 | $1,147.04 |
| | Total | $5,895.04 |